THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JOHN NELSON, Defendant-Appellee.

(No. 61302; ▮▮▮▮▮▮)

First District (5th Division)—August 8, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Marcia B. Orr, and Bertina E. Lampkin, Assistant State's Attorneys, of counsel), for the People.

No brief filed for appellee.